**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF NEW YORK**

VINITA SINGH,

                   Plaintiff,

v.

MEDICAL SERVICE GROUP AT SUNY HSC AT
SYRACUSE, INC.,
                   Defendant.

Civil Action No.:
5:09-CV-1086 (GTS/GHL)

## STIPULATION OF DISMISSAL

Plaintiff and defendant Department of Medicine Medical Service Group at the SUNY

Health Science Center at Syracuse Inc. ("Department of Medicine"), incorrectly named as

"Medical Service Group at SUNY HSC at Syracuse, Inc.," hereby stipulate to the dismissal of

this action, with prejudice, pursuant to Rule 41 of the Federal Rules of Civil Procedure, without

attorneys' fees or costs to any party.

The parties also stipulate that no party to this action is an infant or an incompetent

person, and that no counterclaims or cross-claims have been asserted in this action.

Dated: January 12, 2010

Dated: January 13, 2010

**HANCOCK & ESTABROOK, LLP**

Robert C. Whitaker Jr., Esq.
*Attorneys for Defendant*
1500 AXA Tower I
100 Madison Street
Syracuse, New York 13202
Tel: (315) 425-3563
*E-mail: rwhitaker@hancocklaw.com*

Gilles R. Abitbol, Esq.
*Attorney for Plaintiff*
121 Green Acres Drive
Liverpool, NY 13090
Tel: (315) 706-0159
E-mail: lsellig@msn.com

{H1214073.1}

SO ORDERED:

Honorable George H. Lowe
United States District Court Judge

Dated: 1/14/10